UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Case No. 6:23-cv-1695-RBD-EJK |

**NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Defense of Freedom Institute for Policy Studies, Inc. v. U.S. Department of Education, et al.*, No. 6:23-cv-1515-PGB-EJK (M.D. Fla.)

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: November 16, 2023

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:  <u>/s/ Robert D. Sowell</u>
      Robert D. Sowell
      Assistant United States Attorney
      FBN 113615
      Office of the United States Attorney
      400 W. Washington St., Ste. 3100
      Orlando, FL 32801
      Telephone: 407-648-7500
      Robert.sowell@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 16, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Martha A. Astor, Esq.
Donald A. Daugherty, Jr., Esq.

        <u>/s/ Robert D. Sowell</u>
        Assistant United States Attorney