UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEFENSE OF FREEDOM
INSTITUTE FOR POLICY STUDIES,
INC.,

    Plaintiff,

v.                                                Case No:  6:23-cv-1695-RBD-EJK

U.S. DEPARTMENT OF
EDUCATION,

    Defendant.
_____

**<u>ORDER</u>**

      This matter is before the Court on a status review.  On September 11, 2023, this Court entered an Initial Order. (Doc. 10).  Among other things, the Order states the parties are directed to comply with Local Rule 3.02 by utilizing the Uniform Case Management Report form. Local Rule 3.02(b) states the parties must file the Case Management Report within forty days after any defendant appears in an action originating in this court, within forty days after the docketing of an action removed or transferred to this court, or within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. To date, the parties have failed to file a joint Case Management Report as required.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to file a joint Case Management Report no later than **December 11, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 27, 2023.

ROY B. DALTON, JR.
United States District Judge