# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEFENSE OF FREEDOM
INSTITUTE FOR POLICY STUDIES,
INC.,

    Plaintiff,

v.                                             Case No. 6:23-cv-1695-RBD-EJK

US DEPARTMENT OF
EDUCATION,

    Defendant.
_____

## ORDER

Pursuant to Local Rule 1.05(a), the Court orders this case to be **TRANSFERRED** to U.S. District Judge Paul G. Byron, with his consent, in light of Case No. 6:23-cv-1515-PGB-EJK.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 4, 2023.



ROY B. DALTON, JR.
United States District Judge